

BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA   93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099



FILED
MAR 19 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>D LEON, ET AL.,<br><br>    Defendants. | CASE NO. 1:15 CR 00078 LJO SKO<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on March 19, 2015, charging the above defendants with 21 U.S.C. §§ 846, 841(a)(1)-Conspiracy to Distribute and Possess With Intent to Distribute Methamphetamine and other charges including Criminal Forfeiture Allegations be kept secret until the defendants named in this Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the findings of the

1  Indictment or any warrants issued pursuant thereto, except when
2  necessary for the issuance and execution of the warrant.
3  DATED: March 19, 2015              Respectfully submitted,
4                                     BENJAMIN B. WAGNER
                                       United States Attorney
5
6                              By      /s/ Kimberly A. Sanchez
                                       KIMBERLY A. SANCHEZ
7                                      Assistant U.S. Attorney
8
9      IT IS SO ORDERED.
10 Dated:    March 19, 2015           /s/ Sheila K. Oberto
11                                    U.S. Magistrate Judge