

FILED
MAR 26 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:15-CR-078 LJO/SKO |
| ) | |
| Plaintiff, ) | ORDER TO |
| ) | UNSEAL INDICTMENT |
| v. ) | |
| ) | |
| DAMASO LEON, ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on March 19, 2015 be unsealed.

DATED: March 26, 2015

/s/ Sheila K. Oberto
SHEILA K. OBERTO
U.S. MAGISTRATE JUDGE